FILED

MAR 2 9 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON, JR.)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR04624-001-GT |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| JUAN JOSE HIGUERA-VIZCARRA, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for April 1, 2011 at 9:00 a.m. shall be continued to April 26, 2011 at 9:00 a.m.

Dated: 3-26-11

GORDON THOMPSON, JR.
U.S. DISTRICT COURT JUDGE